

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 11-00132-DDP |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Dwight James Fowler ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CD Cal____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evid by ∆; no apparent resources for bail; no_

1 | _present verification of info in PT Rept_
2
3
4 | and/~~or~~
5 | B.  (X) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/~~she~~ is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _no evid by ∆; nature of charges; ∆'s apparent drug_
10 | _usage; presence of outstanding warrants_
11
12
13
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16
17 | Dated: _11/21/11_
18
19 | _/s/ Ralph Zarefsky_
20 | RALPH ZAREFSKY
     UNITED STATES MAGISTRATE JUDGE